# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CAROLINE L. BROWN  
3319 KIMBALL ROAD  
ROCKFORD, IL  61114  

SSN-xxx-xx-6509

Case Number: 04-71398

Case filed on: 3/16/2004  
Plan Confirmed on: 5/28/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $10,695.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | CAROLINE L. BROWN | 0.00 | 0.00 | 795.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 795.00 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 7,112.50 | 7,112.50 | 7,112.50 | 0.00 |
|  | Total Secured | 7,112.50 | 7,112.50 | 7,112.50 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 8,445.50 | 8,445.50 | 374.66 | 0.00 |
| 002 | SECURITY FINANCE | 217.23 | 217.23 | 9.64 | 0.00 |
| 003 | ACE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AFFORDABLE CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN CASH-N-GO | 525.00 | 525.00 | 23.30 | 0.00 |
| 006 | AMERICASH LOANS LLC | 446.14 | 446.14 | 19.80 | 0.00 |
| 007 | CERTEGY PAYMENT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CFC FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CHECK'N GO OF ILLINOIS INC | 520.35 | 520.35 | 23.08 | 0.00 |
| 010 | CRUSADER CLINIC | 191.90 | 191.90 | 8.51 | 0.00 |
| 011 | SWEDISH AMERICAN HOSPITAL | 1,731.69 | 1,731.69 | 76.82 | 0.00 |
| 012 | FORCED CLOSED ACCTS - ASSOC BANK | 511.09 | 511.09 | 22.68 | 0.00 |
| 013 | FOREST CITY COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SWEDISH AMERICAN ER PHYSICIANS | 364.62 | 364.62 | 16.17 | 0.00 |
| 015 | LOUISANNA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MARLIN INTGRATED CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 133.34 | 133.34 | 5.91 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 1,547.00 | 1,547.00 | 68.63 | 0.00 |
| 019 | SPIRIT OF AMERICA NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | UNIFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | UNITED CREDIT NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WINNEBAGO COUNTY CIRCUIT CLERK | 638.20 | 638.20 | 28.31 | 0.00 |
| 025 | FIRST EXPRESS | 422.61 | 422.61 | 18.75 | 0.00 |
| 026 | CFC FINANCIAL LLC | 982.10 | 982.10 | 43.56 | 0.00 |
|  | Total Unsecured | 16,676.77 | 16,676.77 | 739.82 | 0.00 |
|  | Grand Total: | 25,153.27 | 25,153.27 | 10,011.32 | 0.00 |

Total Paid Claimant: $10,011.32  
Trustee Allowance: $683.68  
Percent Paid Unsecured: 4.44

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By /s/Heather M. Fagan